**No. 56538.**—J. Benzaria et al. *v.* United States, protests 142235–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.